**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Michael L. Winfrey
    Bankruptcy Case No. 1-04-07611
    Unclaimed Funds For: Nat'l Debt Funding
                        7300 Turfway Rd., Ste 250
                        Florence KY 41042

Dear Clerk:

    Enclosed herewith please find check No.753884 for $516.45 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                   Very truly yours,

                                   *Carol A. Kreider*

                                   Carol A. Kreider
                                   Funds Manager

FILED WILKES-BARRE 2009 OCT -6 AM 11:29 CLERK U.S BANKRUPTCY COURT